# EXHIBIT A



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
JUN 16 2023
Superior Court of the
District of Columbia

Case No. 2023 3557

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

| Patricia L. Baker | vs. | Corporation Service Company/Google LLC |
|---|---|---|
| PLAINTIFF | | DEFENDANT |
| 3971 Clay Place N.E. | | 1090 Vermont Ave. N.W., Suite 430 |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) |
| Washington  dc  20019 | | Washington  dc  20005 |
| City  State  Zip Code | | City  State  Zip Code |
| 202 880 2494 | | 202 408 3121 |
| Telephone Number | | Telephone Number |
| Woodsonwarrior99@gmail.com | | |
| Email Address (optional) | | Email Address (optional) |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   Google has denied Plaintiff access to her original gmail account: Patricia.baker500@gmail.com Plaintiff has had to notify numerous contacts that they can no longer reach or identify her through this email address. Plaintiff has a ton of information stored in this email and needs to have it reinstated. Plaintiff asserts Defendant is guilty of breach of contract, fraud, a violation of her constitutional rights (1st 5th and 14th), and intentional infliction of emotional distress.

2. What relief are you requesting from the Court? Include any request for money damages.

   Plaintiff wants to have this email address reinstated and be paid monetary damages for taking this email address from her.

3. State any other information, of which the Court should be aware:

Google's corporate address is: Google, LLC,1600 Amphitheatre Parkway, Mountain View, California 94043; their phone number is 650 253-0000

The Corporation Service Company is their registred agent for DC


Legal Shield wrote a letter (attached) on my behalf to them but they still refused to allow Plaintiff access to the email account Patricia.baker500@gmail.com.


## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_Patricia L Baker_
**SIGNATURE**

_07/15/2023_
**DATE**

Subscribed and sworn to before me this __16th__ day of __Jun__ 20 __23__.

_____
(Notary Public/Deputy Clerk)

2

Superior Court of the District of Columbia
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Patricia L. Baker
_____
Plaintiff
vs.

Corporation Service Co./Google, LLC
_____
Defendant

Case Number 2023 3557

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Pro Se
_____
Name of Plaintiff's Attorney

_____
Address

_____

_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오    ያማርኛ ትርጉም ለማግኘት (202) 879-4828    ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                                                    Super. Ct. Civ. R. 4

# EXHIBITS

**PRINCIPALS**
WILLIAM H. THRUSH, JR. (MD, DC, VA, PA)
JAMIE B. GLICK (MD, DC, VA)
REBECCA A. CARTER (MD, DC, VA)
OWEN HARE (MD)
EDWARD J. FRIEDMAN (1951-2008)

**SENIOR COUNSEL**
SIDNEY S. FRIEDMAN (MD, DC)
LAWRENCE H. FRAMME, III (RETIRED)

**OF COUNSEL**
MELVYN J. WEINSTOCK
EDWARD R. MCCORMICK (RI)
ALISON FRIEDMAN (MD)
TRAVIS PARKER (MA)
SUSAN KLEIN (MD, DC, VA)

**MANAGING ATTORNEYS**
JASON E. SOLOMON (MD, DC)

**ATTORNEYS**
JORDAN I. SELZER (MD, DC)
A. ZACHARY TROPF (MD, DC)
FREDA LUKOV (MD, DC)
ELICE STURDIVANT (MD)
DEBORAH W. STEELE (MD)
TAMAR FLEISHMAN (MD)
SUSANNE KAYS (MD, DC, NJ)
MARY RACHEL BARNHILL (VA, NH, VT, DC)
RUTH KOCHARD (VA)
MELANIE MOORE (VA)
FRANCIS PAUL SURACI (VA)
KATHERINE D. TARTER (VA)
CAROL I. ZACHEISS (VA)
MICHAEL TOWNSEND (MD)
RYAN HERSHEY (VA)
KEVIN O'NEILL (MA, NH, VT)
GERALD KEIPERT (MD, DC)
BRIAN REDDAN (VA)
BENJAMIN PETERS (MD)
MIA FOLGER BENSON (VA, NY)
KATHRYN SIDES (MD)
JONATHAN K. MILLER (MD)
RACHEL ROJESKI (VA)
KRISTIN JACOBSON (VA, NH, DC)
MEREDITH MAUST (VA)
GEORGE WEISS (MD, DC, VA)
KRISTEN ROSS (MD)
MATTHEW HALL (MD, DC)
MARIA DELACY (MD)
JACK RHODES (VA)
ALEXANDRA COBB (MD, DC)
JASON MANSMANN (MD, DC)
LOGAN MOORE (MD, VA)
PRIYANKA MOOKIM (MD, DC)
MARY GRIFFITH (MA, MD)
ANDREW SILVERMAN (MA)
JESSICA DAY (MA)
NICHOLAS S. MURRAY (RI, MA)
RACHELLE L. CROSTON (MA)
EVANI PATEL (MD)
ROBERT WILANSKY (MD)
MYLA MOZGOVA (VA)
JENNIFER MCKEEVER (VA)
ANNICE BROWN (MD)
GARY LEES (MA)
USMAN FAZLI (MA)
SAMANTHA KLINE (MD)
ELIZABETH O'CONOR (VA)
A. WAYNE HOOD (MD, DC)
MICHAEL C. POLLOCK (VA)
OLABISI ALABI-WALLACE (DC)
SHANNON FORREST (VA)
SARA VAUGHN (VA)
JESSICA BENNETT (MD)
RILEY CYR (VA)
LAURA CAMDEN (VA)

☐ THRUSH ☐

ATTORNEYS AT LAW

COPY

April 6, 2023

Sundar Pichai
Google
1600 Amphitheatre Parkway
Mountain View, California 94043
*Via Certified Mail, Return Receipt Requested # 7022 2410 0000 1273 3338*

Re:  Patricia L. Baker
     Gmail Account: Patricia.baker500@gmail.com
     Our File No.: DC-VHG-JVQ

Dear Mr. Pichai:

Ms. Patricia L. Baker has requested that this office contact you with regard to her referenced Gmail account. We understand that this account has been disabled for alleged violation of your company policies.

Ms. Baker strongly denies any wrongdoing or violation of your company policies. She informs us that she has not been provided with any of the details surrounding this alleged violation (date and time of the alleged violation, specifics as to the nature and extent of the alleged violation, the IP address of the device from which the activity originated, etc.). As a result, she has been unable to properly address these allegations. This is manifestly unfair and unjust.

Furthermore, Ms. Baker is in need of the contents of that account, which is unavailable to her even if she no longer uses the account for communications. This is also unfair and unjust.

The foregoing premises considered, Ms. Baker requests that you:
   a. Provide her with the details of the alleged violation of your company policies including, but not limited to, date and time of the alleged violation, specifics as to the nature and extent of the alleged violation, and the IP address of the device from which the activity originated; and
   b. Provide her with access to the contents of her account so that she may migrate that information elsewhere.

Please direct your written response to this letter directly to Ms. Baker at the cc address below within ten (10) business days of the date hereof, with a courtesy copy to the undersigned as well. If you should fail to do so, Ms. Baker will consider any and all legal and administrative measures necessary and appropriate to resolve this situation.

FRIEDMAN, FRAMME & THRUSH, P.A.
www.fftlaw.com
PHONE: 800.999.8286 / 410.559.9000
FAX: 410.559.9009
EMAIL: Mail@FFTLAW.com

BALTIMORE HEADQUARTERS
Beco Towers II
10461 Mill Run Circle, Suite #550
Baltimore, MD 21117

SERVICING
District of Columbia     Virginia
Maryland                 Massachusetts
New Hampshire            Vermont
Rhode Island



Page 2 - April 6, 2023

    Thank you for your prompt attention to this matter.

    Sincerely,

    Gerald F. Keipert
    Friedman, Framme & Thrush, P.A.

    GFK/lf

    cc:    Patricia L. Baker
           3971 Clay Place, NE
           Washington, DC 20019-3338

# Your account has been disabled

**patricia.baker500@gmail.com**

It looks like this account has content that involves a child being sexually abused or exploited. This is a severe violation of Google's policies and might be illegal.

If you think your account was disabled by mistake, submit an appeal as soon as possible.

English (United States)　　　　　　　　　　　Help　　Privacy　　Terms

[3-4518000033945] Inbox ×

 **noreply@google.com**     Wed, Mar 15, 10:11 P
to me

# Google Accounts

Thank you for contacting us about restoring access to your Google Account.

Google will review your appeal as soon as possible. Most requests take 2 business days review, but some might take longer.

You may be able to download your data from some Google services. To get started, sign your account. If your account is eligible, you'll see a link to download your data.

Thanks for your patience.

You received this message because someone provided this as the contact email address for an appeal. If you didn't subn appeal, you may disregard this message.

© 2022 Google Inc., 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

# pat baker, we've reached a decision on your appeal  Inbox ×

 **YouTube Community Guidelines**                                             Wed, Mar 15, 4:15 A
Hi pat baker, We have reviewed your appeal for the following: Channel: pat baker We reviewed your channel care

 **patricia baker**                                                           Thu, Mar 16, 11:34 A
You tube?????? My appeal re my gmail acct. this is crazy. Why are you doing this to me?

 **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                   Thu, Mar 16, 11:35 A
to me

 ## Address not found

Your message wasn't delivered to **no-reply@youtube.com** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
The email account that you tried to reach does not exist. Please try double-checking the re
email address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/ans
```

Case 1:23-cv-02013 Document 1-2 Filed 07/13/23 Page 11 of 13

# pat baker, we've reached a decision on your appeal  Inbox ×

 **YouTube Community Guidelines** <no-reply@youtube.com>
to me

Mon,



Hi pat baker,

We have reviewed your appeal for the following:

**Channel: pat baker**

We reviewed your channel carefully, and have confirmed that it violates our Community Guidelines. We know this is probably disappointing news, but it's our job to make sure that YouTube is a safe place for all.

**How this affects your channel**

We won't be putting your channel back up on YouTube.

Thanks,
The YouTube team

Help Center · Email options

You have received this email to update you on actions related to your YouTube account.

Was this email helpful?  Yes  |  No

YouTube

© 2023 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**patricia baker** <woodsonwarrior99@gmail.com>
to YouTube

Tue, M

1 of 1    4/29/2023, 3:15

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Patricia L. Baker

vs

Corporation Service Company/Google LLC

Case Number: **2023 3557**

Date: 6/15/2023

☐ One of the defendants is being sued in their official capacity.

Name: *(Please Print)* Patricia L. Baker

Firm Name: Pro Se

Telephone No.:            Six digit Unified Bar No.:

Relationship to Lawsuit
☐ Attorney for Plaintiff
☑ Self (Pro Se)
☐ Other: _____

TYPE OF CASE: ☐ Non-Jury   ☑ 6 Person Jury   ☐ 12 Person Jury
Demand: $ 2.5 million      Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____   Judge: _____   Calendar #: _____

Case No.: _____   Judge: _____   Calendar #: _____

| NATURE OF SUIT: (Check One Box Only) |
|---|

**A. CONTRACTS**                   **COLLECTION CASES**

☑ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
   Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
   Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
   Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
   Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
   Under $25,000 Consent Denied

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)
☐ 03 Destruction of Private Property
☐ 04 Property Damage
☐ 05 Trespass

**C. PERSONAL TORTS**

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile, Not Malpractice)

☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**
- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 05 Ejectment
- [ ] 09 Special Writ/Warrants (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower

**II.**
- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic
- [ ] 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage Certificate
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency)
- [ ] 28 Petition for Civil Asset Forfeiture (Other)
- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- [ ] 20 Master Meter (D.C. Code § 42-3301, et seq.)
- [ ] 21 Petition for Subpoena [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1) (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

**D. REAL PROPERTY**
- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 04 Condemnation (Eminent Domain)
- [ ] 10 Mortgage Foreclosure/Judicial Sale
- [ ] 11 Petition for Civil Asset Forfeiture (RP)
- [ ] 08 Quiet Title
- [ ] 25 Liens: Tax / Water Consent Granted
- [ ] 30 Liens: Tax / Water Consent Denied
- [ ] 31 Tax Lien Bid Off Certificate Consent Granted

_____       _____
Attorney's Signature                                Date